# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| J. BENJAMIN ODOMS, | |
| *Plaintiff*, | 3:13-cv-00193-RCJ-VPC |
| vs. | ORDER |
| NDOC UTILIZATION REVIEW PANEL, *et al.* | |
| *Defendants*. | |

Plaintiff filed an exactly identical pauper application and complaint in 3:13-cv-00181-RCJ-WGC, *i.e.*, the filings in this second action literally are photocopies of the filings in the first action. This action therefore will be dismissed without prejudice as duplicative of the first-filed action.

IT THEREFORE IS ORDERED that this action shall be DISMISSED without prejudice in deference to the first-filed action in 3:13-cv-00181-RCJ-WGC.

The Clerk of Court shall enter final judgment accordingly, which shall close the present action.

DATED: July 9, 2013

_____
ROBERT C. JONES
Chief United States District Judge